# UNITED STATES DISTRICT COURT

# DISTRICT OF IDAHO

| | |
|---|---|
| DR. DAVID REFF AND PHYLLIS REFF, on behalf of minor child, L.R., <br><br> Plaintiffs, <br><br> vs. <br><br> THE INDEPENDENT SCHOOL DISTRICT OF BOISE CITY, <br><br> Defendant. | Case No.: CV 10-202-S-REB (lead case) <br><br> **ORDER CONSOLIDATING CASES** |
| DR. DAVID REFF AND PHYLLIS REFF, on behalf of minor child, A.R., <br><br> PlaintiffS, <br><br> vs. <br><br> THE INDEPENDENT SCHOOL DISTRICT OF BOISE CITY, <br><br> Defendant. | Case No.: CV 10-203-S-REB |
| PHYLLIS REFF, on behalf of minor child, L.R., <br><br> Plaintiff, <br><br> vs. <br><br> THE INDEPENDENT SCHOOL DISTRICT OF BOISE CITY, <br><br> Defendant. | Case No.: CV 10-309-S-REB |

| PHYLLIS REFF, on behalf of minor child, A.R., | Case No.: CV 10-365-S-REB |
|---|---|
| Plaintiff, | |
| vs. | |
| THE INDEPENDENT SCHOOL DISTRICT OF BOISE CITY, | |
| Defendant. | |

Plaintiffs, Dr. David Reff and Phyllis Reff, have filed four separate lawsuits against the Independent School District of Boise City ("Boise School District"): *Dr. David Reff and Phyllis Reff, on behalf of L.R., v. Independent School District,* CV 10-202-S-REB; *Dr. David Reff and Phyllis Reff, on behalf of A.R., v. Independent School District*, CV 10-203-S-REB; *Phyllis Reff, on behalf of L.R., v. Independent School District* CV 10-309-S-REB; and *Phyllis Reff, on behalf of A.R., v. Independent School District* CV 10-365-S-REB. Two of the lawsuits are brought on behalf of minor child, L.R. and two are brought on behalf of minor child, A.R.

In these cases, Plaintiffs object to the findings and conclusions of four separate hearing officers, two for each child, and raise both substantive and procedural challenges to the Boise School District's implementation of the Individuals with Disabilities Education Act ("IDEA"). Plaintiffs's substantive challenges relate to alleged deficiencies in their children's individual education programs ("IEPs").

The Court notes that these cases have some differences. For example, the first two lawsuits were filed by both parents, Dr. David Reff and Phyllis Reff, while the latter two lawsuits were filed by only Phyllis Reff. In addition, the factual context of each of these lawsuits will be different given the different children's educational needs. Nonetheless, the

**ORDER - 2**

Court anticipates that the basic legal issues will be substantially the same, as they raise similar challenges to the Boise School District's implementation of the IDEA.  Therefore, for ease of administration and to address Plaintiff's claims in a more efficient and comprehensive manner, all four cases will be consolidated.  Accordingly, the Clerk of the Court shall consolidate all four cases under the lead case number, CV 10-202-S-REB.  Anything further filed in any of these cases should be filed only under the lead case number.

### ORDER

NOW THEREFORE IT IS HEREBY ORDERED that the following cases are consolidated: *Dr. David Reff and Phyllis Reff, on behalf of L.R., v. Independent School District,* CV 10-202-S-REB; *Dr. David Reff and Phyllis Reff, on behalf of A.R., v. Independent School District*, CV 10-203-S-REB;  *Phyllis Reff, on behalf of L.R., v. Independent School District* CV 10-309-S-REB; and *Phyllis Reff, on behalf of A.R., v. Independent School District* CV 10-365-S-REB.

IT IS FURTHER ORDERED that anything further filed in any of these cases should be filed **only** under the lead case number, CV 10-202-S-REB.

DATED:  **September 8, 2010**

Honorable Ronald E. Bush
U. S. Magistrate Judge